IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION AT SPRINGFIELD

| | | |
|---|---|---|
| THOMAS WHEELER, | : | |
| Plaintiff | : | Complaint |
| | : | |
| v. | : | 04-30048-MAP |
| | : | |
| EXPERIAN INFORMATION | : | |
| SOLUTIONS, INC., | : | |
| VW CREDIT, INC, | : | Demand for Jury Trial |
| Defendants | : | |

FILING FEE PAID:
RECEIPT # 30553
AMOUNT $ 150.00
BY DPTY CLK MGL
DATE 3/8/04

## Jurisdiction

1. Jurisdiction of this Court attains pursuant to the Fair Credit Reporting Act ("FCRA"), section 1681p, and the law of supplemental jurisdiction.

## Parties

2. Thomas Wheeler is a natural person who resides in Hampden County, Massachusetts.

3. Mr. Wheeler is a "consumer" as defined by FCRA section 1681a(c).

4. Defendant Experian Information Solutions, Inc. ("Experian"), is an Ohio corporation registered with the Massachusetts Secretary of State to do business in Massachusetts.

5. Defendant Experian is a "consumer reporting agency" as defined by FCRA section 1681a(f).

6. Defendant Experian regularly does business in the State of Massachusetts by, among other things, providing credit reporting services regarding Massachusetts residents.

7. Defendant Experian is engaged in "trade" and "commerce" as defined by Massachusetts Consumer Protection Act, Chapter 93A:1(b).

8. At all times during their activities concerning Plaintiff, Defendant Experian's employees were acting under the supervision and direction of Defendant Experian.

9. Defendant Experian is liable under the doctrine of *respondeat superior* for the activities of its employees.

10. Defendant VW Credit, Inc. ("VW"), is a Delaware corporation registered with the Massachusetts Secretary of State to do business in Massachusetts.

11. Defendant VW regularly does business in the State of Massachusetts by, among other things, extending credit to Massachusetts residents for the purchase of automobiles.

12. Defendant VW is engaged in "trade" and "commerce" as defined by Chapter 93A:1(b).

13. Defendant VW is a "furnisher of information" as used by FCRA section 1681s-2(b).

14. At all times during their activities concerning Plaintiff, Defendant VW's employees were acting under the supervision and direction of Defendant VW.

15. Defendant VW is liable under the doctrine of *respondeat*

*superior* for the activities of its employees.

## Allegations

16. In June 2001, Mr. Wheeler's wife, Sally Wheeler, purchased a Volkswagen automobile that she had been leasing.

17. At first, the lease transaction was incorrectly reported to all three credit bureaus as having a negative payment history.

18. True and accurate copies of redacted portions of Mrs. Wheeler's consumer reports are attached.

19. In a January 25, 2002, letter, Defendant VW admitted that Mrs. Wheeler's account was not past due.

20. A true and accurate copy of the January 25 letter is attached.

21. After Mrs. Wheeler protested many times in writing and by phone, the negative entries were removed in approximately November 2003, over two years after the purchase of the car.

22. The negative entry, however, crept onto Mr. Wheeler's Experian consumer report.

23. True and accurate copies of redacted portions of Mr. Wheeler's consumer reports are attached.

24. Mr. Wheeler disputed the entry on Defendant Experian's consumer report to Defendant Experian, but the entry was not removed.

25. True and accurate copies of Mr. Wheeler's dispute letter

and certified mail return receipt card are attached.

26. As a consequence of Defendants' failure to remove the wrong information from his consumer report, Mr. Wheeler has suffered economic loss as well as loss of self esteem and peace of mind, and has suffered emotional distress, humiliation and embarrassment.

## Count I

27. The previous paragraphs are incorporated into this Count as if set forth in full.

28. The acts and omissions of Defendants are wilful violations of the FCRA.

29. Pursuant to FCRA section 1681n and the Declaratory Relief Act, Plaintiff is entitled to actual damages not under $100 and not over $1000, to punitive damages, and to declaratory relief, as well as reasonable attorney's fees and costs.

## Count II

30. The previous paragraphs are incorporated into this Count as if set forth in full.

31. The acts and omissions of Defendants are negligent violations of the FCRA.

32. Pursuant to FCRA section 1681o and the Declaratory Relief Act, Plaintiff is entitled to actual damages and to declaratory relief, as well as reasonable attorney's fees and costs.

## Count III

33. The previous paragraphs are incorporated into this Count as if set forth in full.

34. The acts and omissions of Defendants constitute violations of MCPA section 93A:2.

35. Pursuant to MCPA section 93A:9, demand was made upon Defendants at least thirty days prior to litigation.

36. A true and accurate copy of that demand letter, with the U.S. Postal Service certified mail return receipt card, is attached.

37. Defendants responded, but made no offer to settle. Indeed, Defendants made no offer to repair Mr. Wheeler's credit history.

38. True and accurate copy of Defendants' response letters are attached.

39. Pursuant to MCPA section 93A:9, Plaintiff is entitled to actual damages, to declaratory relief, to an injunction prohibiting Defendants from the acts and practices that violate state law, and treble damages, as well as reasonable attorney's fees and costs.

<u>Count IV</u>

40. The previous paragraphs are incorporated into this Count as if set forth in full.

41. Defendants had a duty to repair Mr. Wheeler's consumer report.

42. Defendants breached this duty, proximately and directly causing damage to Mr. Wheeler.

43. Plaintiff is entitled to actual damages in an amount to be

awarded within the reasonable discretion of a jury.

Prayer

**WHEREFORE,** Plaintiff prays that the Court grants the following:

1. Actual damages under state and federal law.
2. Punitive damages under federal law.
3. Statutory damages under state and federal law.
4. A declaration under state and federal law concerning the illegality of Defendants' acts and practices.
5. An injunction prohibiting Defendants from violating state and federal law.
6. Reasonable attorney's fees and costs.
7. Such other and further relief as the Court deems just and proper.

                           Respectfully submitted,

                           Jason David Fregeau,
                           Trial Attorney (565657)

                           47 Lincoln Road
                           Longmeadow, MA 01106
                           413/567-2461
                           413/567-2932 fax

                           Attorney for Plaintiff

```
                     Limit:              N/A
                  Past Due:              $0
                  Remarks:               N/A
          Payment Status:                Current
```

| Year: | Year 1 |  |  |  |  |  |  |  |  |  |  |  | Year 2 |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 1998 > |  |  |  |  |  |  |  |  |  |  |  | 1999 > |  |  |  |  |  |  |
| Month: | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| Experian: |  |  |  |  |  |  |  |  |  |  |  | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

|  | EQUIFAX | Experian | TransUnion |
|---|---|---|---|
| Account Number: | 82076XXXX | 82076XXXX | 82076XXXX |
| Acct Type: | Installment | Auto Loan | Installment account |
| Acct Status: | Open | Open | Open |
| Monthly Payment: | $322 | $322 | $322 |
| Date Open: | May, 2001 | May, 2001 | May, 2001 |
| Balance: | $8,715 | $8,715 | $8,446 |
| Terms: | N/A | 36 Months | Monthly |
| High Balance: | $11,579 | N/A | $11,579 |
| Limit: | N/A | N/A | N/A |
| Past Due: | $0 | $0 | $0 |
| Remarks: | AUTO | N/A | N/A |
| Payment Status: | Pays account as agreed | Current | Paid or paying as agreed |

| Year: |  |  |  |  | Year 2 |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  | 2002 > |  |  |  |
| Month: | 2 | 3 | 4 | 5 | 6 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 |
| Equifax: |  |  |  |  |  | OK | OK | OK | OK | OK | OK | OK | OK | OK |  |
| Experian: |  |  |  |  |  |  |  |  | OK | OK |  | OK | OK | OK |  |
| Trans Union: |  |  |  |  |  | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

*Handwritten note: "Report for Sally Wheeler 3/8/02"*

|  | EQUIFAX | Experian | TransUnion |
|---|---|---|---|
| Account Number: | 10891XXXX | 10891XXXX | 10891XXXX |
| Acct Type: | Installment | Lease | Installment account |
| Acct Status: | Open | Open | Open |
| Monthly Payment: | $295 | $295 | $295 |
| Date Open: | Jun, 1998 | Jun, 1998 | Jun, 1998 |
| Balance: | $295 | $295 | $295 |
| Terms: | N/A | 36 Months | Monthly |
| High Balance: | $10,610 | N/A | $10,610 |
| Limit: | N/A | N/A | N/A |
| Past Due: | $295 | $295 | $295 |
| Remarks: | AUTO LEASE | N/A | N/A |
| Payment Status: | At least 120 days or more than four payments past due | Past due 150 days | 120 days past due |

| Year: | Year 1 |  |  |  |  |  |  |  |  |  |  | Year 2 |  |  |  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  | 2001 > |  |  |  |  |  |  |  |  |  | 2002 > |  |  |  |
| Month: | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 |
| Equifax: | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | 90 | OK | 120 | OK |  |
| Experian: |  |  |  |  |  |  |  |  |  |  |  | OK | OK | OK | OK | OK | 90 | 90 | 90 | 90 | 120 | 120 |  |  |
| Trans Union: | 90 | 90 | 90 | 90 | 90 | 90 | 90 | 90 | OK | OK | OK | OK | 60 | 60 | 60 | 60 | 120 | 120 | 120 | 120 | 120 | 120 |  |  |



To Whom It may Concern:

    I regards to Sally Wheeler's VW Account #'s 108918408 and 108733080. It has come to our attention that these accounts are reporting as past due on Mrs. Wheeler's credit bureau, this is incorrect. We are in the process of correcting this error in the meantime please take this letter as proof that both of these accounts have been paid off and closed. Mrs. Wheeler's only account with us at the current time is account # 820760658 which is in perfect standing. Furthermore, Thomas Wheeler does not have any accounts with us.

Thank you for your time,

*[signature]*

Jeff Clark
Account Specialist
VW Credit Inc.
847-371-4300 ext 2132

*413-736-0195* (handwritten)

*Whitn* (handwritten signature)

Page Two

Reference number : 1-03072-5915869-02
Membership number:

```
Account Name/Number/Type of Account
Credit Bureau  Date  High/  Mthly  Account  Last  Account Past   Last    Past Due   Hist
(Id) Bur Code  Open  Limit  Pymt   Balance  Rptd  Status  Due Amt Delnq  30 60 90+  Date   Historical Acct Status
------------------------------------------------------------------------------------------------------------------

US DEPT OF EDUCATION /13408XXXX INSTALLMENT
(01) EFX   I   08-96  9339   108    -0-     08-02 CURRENT                          00 00 00   08-02  1111111111
(02) XPN   I   08-96  9300   N/A    CLOSED  08-02 CURRENT                          00 00 00   08-02  1
(03) TUC   I   08-96  9339   108    CLOSED  08-02 UNRATED            08-01         00 01 00   08-02  -111111111--3
         COMMENTS: EFX: STUDENT LOAN. XPN: CLOSED. TUC: CLOSED.

VW CREDIT INC /VCI110891XXXX INSTALLMENT
(02) XPN   C   06-98  11100  309    415     04-02 DEL 150     295    04-02         00 05 12   04-02  6666666666533333111111
         COMMENTS: XPN: CURRENT ACCOUNT. XPN: ACCOUNT DEL 180.

======================================= END DEROGATORY                                        =======================
```

(handwritten: R Tom Wheeler 3/13/03 report)

```
Account Name/Number/Type of Account
Credit Bureau  Date  High/  Mthly  Account  Last  Account Pa
(Id) Bur Code  Open  Limit  Pymt   Balance  Rptd  Status  Du                                         orical Acct Status
----------------------------------------------------------------                                     ------------------

BANK OF AMERICA / REVOLVING
(02) XPN   J   02-96  6000   18     825     02-03 CURRENT                          00 00 00   02-03  111111111111111111111
         COMMENTS: XPN: CURRENT ACCOUNT.

BANKAMERICA /54207615XXXX REVOLVING
(01) EFX   J   02-96  6000   18     825     02-03 CURRENT                          00 00 00   02-03  111111111111111111111
(03) TUC   J   02-96  4076   18     825     02-03 CURRENT                          00 00 00   02-03  111111111

BANKBOSTON N A /10040100XXXX INSTALLMENT
(01) EFX   J   09-95  22000  422    CLOSED  06-99 CURRENT                          00 00 00   06-99  111111111111111111111
(02) XPN   J   09-95  22100  N/A    CLOSED  07-98 CURRENT                          00 00 00   07-98  111111111111-111111111
(03) TUC   J   09-95  22183  422    CLOSED  07-99 UNRATED                          00 00 00   07-99  -1111111111111111111111
         COMMENTS: EFX: ACCOUNT TRANSFERRED. EFX: SECURED LOAN.
                   XPN: CLOSED. TUC: CLOSED.

BANKNORTH 3 /851933XXXX REAL ESTATE
(01) EFX   S   11-95  20000  N/A    CLOSED  08-02 CURRENT                          00 00 00   08-02  111111111111111111
(03) TUC   S   11-95  19847  228    CLOSED  08-02 UNRATED                          00 00 00   07-02  -11111111111
         COMMENTS: EFX: CLOSED BY CONSUMER. TUC: CREDIT LINE CLOSED.

BANKNORTH NA 3 / REVOLVING
(02) XPN   S   11-95  25000  N/A    N/A     08-02 CURRENT                          00 00 00   07-02  111111111111111111111
         COMMENTS: XPN: CLOSED BY CONSUMER. XPN: CURRENT ACCOUNT.

CITI /41280024XXXX REVOLVING
(01) EFX   I   09-77  14000  N/A    1718    02-03 CURRENT                          00 00 00   02-03  111111111111111111111
(03) TUC   I   09-77  14000  20     1718    02-03 CURRENT                          00 00 00   02-03  11111--11111

CITI /54241800XXXX REVOLVING
(01) EFX   I   12-85  4500   N/A    CLOSED  01-98 CURRENT                          00 00 00   01-98  111111111111111111111
(03) TUC   I   12-85  N/A    N/A    -0-     04-97 CURRENT                          00 00 00   04-97  11111-11
         COMMENTS: EFX: CLOSED.

CITI / REVOLVING
(02) XPN   I   10-YR  N/A    N/A    CLOSED  01-98 CURRENT                          00 00 00   01-98  11--------11111111----11
         COMMENTS: XPN: CLOSED BY CONSUMER. XPN: CURRENT ACCOUNT.
```

Continued on page Three

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X    EXPERIAN<br>    701 EXPERIAN PARKWAY | ☐ Agent<br>☐ Addressee |
| | B. Received by ( *Printed Name* ) | C. Date of Delivery<br>APR 14 2003 |
| 1. Article Addressed to:<br><br>XPN Experian Info. Sev.<br>P.O. Box 2002<br>Allen, TX.<br>        75013 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>*Reynato Papeno* | |
| | 3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered        ☐ Return Receipt for Merchandise<br>☐ Insured Mail      ☐ C.O.D. | |
| | 4. Restricted Delivery? *(Extra Fee)* | ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)* | 7002 3150 0002 2097 3438 | |
| PS Form 3811, August 2001 | Domestic Return Receipt | 102595-02-M-1035 |

April 8, 2003

XPN: Experian Information Services
PO Box 2002
Allen TX 75013

Dear Sir:

Please contact V. W. Credit pertaining account 1089181408. Be informed that this delinquent credit has been entered in error and I am disputing it. I do not have an account with VW Credit currently or in the past. Thank you.

Thomas E. Wheeler
46 Northwood Ave.
West Springfield, MA 01089
413-732-0485

April 8, 2003

XPN: Experian Information Services
PO Box 2002
Allen TX 75013

Dear Sir:

Please see attached letter from V. W. Credit pertaining account 1089181408. Be informed that this delinquent credit has been entered in error and I am disputing it.

Sally B. Wheeler
46 Northwood Ave.
West Springfield, MA 01089
413-732-0485



To Whom It may Concern:

    I regards to Sally Wheeler's VW Account #'s 108918408 and 108733080. It has come to our attention that these accounts are reporting as past due on Mrs. Wheeler's credit bureau, this is incorrect. We are in the process of correcting this error in the meantime please take this letter as proof that both of these accounts have been paid off and closed. Mrs. Wheeler's only account with us at the current time is account # 820760658 which is in perfect standing. Furthermore, Thomas Wheeler does not have any accounts with us.

Thank you for your time,

Jeff Clark
Account Specialist
VW Credit Inc.
847-371-4300 ext 2132

**Derogatory Information**

# YOUR 3 BUREAU MERGED CREDIT REPORT

Reference #: 00283444-1                                Date of Report: 10/08/20

Name: Thomas E Wheeler                                 DOB:
Address: 46 NORTHWOOD AVE WEST SPRINGFIELD, MA 01089

## DEROGATORY INFORMATION

See Contact Information to contact creditor

### Account Information

**Account:** VW CREDIT INC            **Acct #:** 10891XXXX           **Type:** Installmer

| Bureau | Bureau Code | Date Open | High Limit | Monthly Payment | Account Balance | Last Reported | Account Status | A Pa |
|---|---|---|---|---|---|---|---|---|
| XPN | J | 06/1998 | $0 | $0 | $415 | 05/2001 | | |

Comments: XPN: LEASE

| Bureau | Days Past Due 30 | 60 | 90+ | History Date | 24 Month History |
|---|---|---|---|---|---|
| XPN | 0 | 5 | 12 | 10/2001 | |

**Account:** BANKNORTH NA S           **Acct #:** 4201XXXX            **Type:** Credit Lin

| Bureau | Bureau Code | Date Open | High Limit | Monthly Payment | Account Balance | Last Reported | Account Status | A Pa |
|---|---|---|---|---|---|---|---|---|
| XPN | | 11/1995 | $634 | $0 | $0 | 08/2000 | Closed | |
| TUC | | 11/1995 | $1,000 | $0 | $0 | 08/2000 | Closed | |

Comments: XPN: Check Credit Or Line Of Credit, TUC: LINE OF CREDIT

| Bureau | Days Past Due 30 | 60 | 90+ | History Date | 24 Month History |
|---|---|---|---|---|---|
| XPN | 1 | 0 | 0 | 12/2000 | |
| TUC | 1 | 0 | 0 | 12/2000 | |

**Account:** CHCCCL/CARE CREDIT       **Acct #:** 601918011406XXXX     **Type:** Revolving

| Bureau | Bureau Code | Date Open | High Limit | Monthly Payment | Account Balance | Last Reported | Account Status | A Pa |
|---|---|---|---|---|---|---|---|---|
| EFX | J | 06/1998 | $4,600 | $0 | $0 | 07/2002 | | |
| XPN | J | 06/1998 | $4,600 | $0 | $0 | 07/2002 | | |
| TUC | J | 06/1998 | $2,701 | $0 | $0 | 07/2002 | | |

Comments: XPN: CHARGE, TUC: CHARGE



March 1, 2004

Jason David Fregeau, Esq.
47 Lincoln Road
Longmeadow, MA 01106

Re: Account 108918408 closed - Sally Wheeler, 0762
    Account 108733080 closed - Matthew T Wheeler, 9123 and Sally B Wheeler, 0762
    Account 820760658 closed - Sally B Wheeler, 0762


To Whom It May Concern:


Volkswagen Credit received your letter postmarked January 31, 2004, which was sent to our Legal Department with regard to Thomas Wheeler and Sally Wheeler.

Volkswagen Credit holds no contract or accounts with Thomas Wheeler. The account holder information related to each of the account numbers provided are for Sally Wheeler. There is record of only one joint account for Sally Wheeler and a Matthew T Wheeler, not Thomas Wheeler.

Requests were sent to the credit bureaus on January 31, 2002 and May 14, 2003 to report the accounts 108918408 and 108733080 to read as paid in full with no derogatory information. The updates would show valid for only the account holders.

We have since sent another request electronically to the credit bureaus to report the accounts closed with no derogatory information. Our confirmation numbers for both accounts are 3553732 and 3553831.

With regard to Thomas Wheeler, strongly suggest that he files a dispute with the credit bureaus with a copy of this letter and the previous letter sent to him as confirmation that he does not hold an account with Volkswagen Credit. Unfortunately because he is not our account holder, we do not have the appropriate identification information for him to submit a request to the bureaus as we do for an account holder.



Sincerely,

*[signature]*

Volkswagen Credit
Audi Financial Services



February 13, 2004

Experian
P.O. Box 1240
Allen, TX 75013

1-888-EXPERIAN Toll Free
www.experian.com

John David Fregeau
Attorney at Law
47 Lincoln Road
Longmeadow, MA 01106

RE: Thomas and Sally Wheeler

Dear Mr. Fregeau:

Our office recently received your correspondence regarding your above referenced clients Experian credit reports.

In order to process your request, I will need their full identification information. Pursuant to the federal Fair Credit Reporting Act, Section 610, a consumer reporting agency shall require the consumer to furnish proper identification. The proper identification to access an Experian credit profile includes full name (including generation), social security number, year of birth and complete address information for the past 5 years.

Please forward the requested information to my specific attention at Experian, CASS, P. O. Box 1240, Allen, TX 75013-1240 Upon receipt of the requested information I will proceed accordingly.

Sincerely,

Beth Blanock

Beth Blanock, Specialist
Consumer Affairs Special Services
972 390 4011