UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS
WESTERN SECTION

FILED
CLERK'S OFFICE

APR -1 A 10 56

U.S. DISTRICT COURT
DISTRICT OF MASS

THOMAS WHEELER,                              )
    Plaintiff                          )
                                             )
v.                                           )      CASE NO. 04-CV-30048 (MAP)
                                             )
EXPERIAN INFORMATION SOLUTIONS,              )
INC. and V.W. CREDIT, INC.,                  )
    Defendants                         )
                                             )

FILING FEE PAID:
RECEIPT # 305563
AMOUNT $ 50.00
BY DPTY CLK MEZ
DATE 4/1/04

## MOTION TO APPEAR PRO HAC VICE

Pursuant to Rule 83.5.3(b) of the Local Rules of United States District Court for the District of Massachusetts ("Local Rules"), Experian Information Solutions, Inc. ("Experian"), by its Attorney, Robert S. White, moves this Court to admit Attorney Nathan J. Zolik of Jones Day, 222 East 41st Street, New York, NY 10017-6702, to appear, defend and practice in this case as co-counsel on behalf of Experian.

Attorney Zolik is a member in good standing of the Highest Court of the State of Wisconsin, the State of New York, and the United States District Courts for all Eastern, Southern and Western districts New York. There are no disciplinary proceedings pending against Attorney Zolik in any jurisdiction. Attorney Zolik is familiar with the Local Rules of this Court.

WHEREFORE, Experian respectfully requests that this Court admit Attorney Nathan J. Zolik to appear, defend and practice in this case as co-counsel on behalf of Experian. In support of this Motion, Experian submits the Affidavit of Nathan J. Zolik.

F:\docs\experwhe\experwhe.003

Respectfully submitted,

EXPERIAN INFORMATION SOLUTIONS, INC.
By its attorney,

Robert S. White (BBO#552229)
Bourgeois, Dresser, White & Beard
4 Dix Street
Worcester, MA 01609
Telephone: 508-798-8801
Fax: 508-754-1943

Dated: March 31, 2004

## CERTIFICATE OF SERVICE

Robert S. White, a lawyer admitted to the bar of this Court, certifies and declares under

penalty of perjury that on March 31, 2004 he caused the foregoing, motion to be served by first

class U.S. mail, properly addressed to the following:

Jason David Fregeau, Esquire
47 Lincoln Road
Longmeadow, MA 01106

Robert S. White

Dated: March 31, 2004

F:\docs\experwhe\experwhe.003