UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN SECTION

FILED
CLERK'S OFFICE

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| THOMAS WHEELER,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br>V.W. CREDIT, INC.,<br><br>Defendants. | Case No. 04-CV-30048 (MAP) |

### AFFIDAVIT OF NATHAN J. ZOLIK IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE

STATE OF NEW YORK    )
                     )
COUNTY OF NEW YORK   )

Nathan J. Zolik, being duly sworn, states as follows:

1. I am an Associate in the law firm of Jones Day, 222 East 41st Street, New York, NY 10017-6702.

2. I am admitted to practice before the Courts listed below and I am currently a member in good standing of all these Courts: the State of New York, the State of Wisconsin, and the United States District Courts for the Eastern, Southern, and Western districts in New York. A Certificate of Good Standing, dated March 25, 2004 is annexed to this Affidavit.

3. I have never been censured, suspended, disciplined or disbarred by any Court.

4. I have never been held in contempt of Court.

NYI-2123599v1

5. I do not have any disciplinary action, contempt or other proceedings involving me pending before any Court.

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

7. The basis for my admission is that, although I am not a member of the Bar of this Court, my firm is the counsel of choice for Experian Information Solutions, Inc. ("Experian"), a Defendant in the above captioned matter. Local counsel will be Robert S. White, Esquire, BOURGEOIS, DRESSER & WHITE, 4 Dix Street, Worcester, Massachusetts 01609.

_____
Nathan J. Zolik
JONES DAY
222 East 41st Street
New York, NY 10017-6702

Sworn and subscribed to, before me,

on 26th day of March, 2004.

_____
Notary Public
My Commission Expires: 11/10/2007

SAVINO IGNOMIRELLO
NOTARY PUBLIC, State of New York
No. 01IG6101236
Qualified in Dutchess County
Commission Expires November 10, 200_

NYI-2123599v1

# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, _____J. Michael McMahon_____, Clerk of this Court, certify that

_____NATHAN J. ZOLIK_____, Bar # _____NZ7039_____

was duly admitted to practice in this Court on

_____JANUARY 27th, 2004_____, and is in good standing

as a member of the Bar of this Court.

Dated at  500 Pearl Street
New York, New York          on    MARCH 25th, 2004

J. MICHAEL M...
Clerk                              by: _____
                                        Deputy Clerk