```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF MASSACHUSETTS
                 WESTERN DIVISION AT SPRINGFIELD

THOMAS WHEELER,                  :        No. 04-30048-MAP
         Plaintiff               :
                                 :
         v.                      :
                                 :
EXPERIAN INFORMATION             :
   SOLUTIONS, INC.,              :
VW CREDIT, INC,                  :
         Defendants              :
```

_____

Plaintiff's Notice of Dismissal of Defendant VW Credit, Inc., without Prejudice

_____

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Thomas Wheeler dismisses all claims -- without prejudice -- against Defendant VW Credit, Inc. Any and all claims remain against any and all other Defendants.

Respectfully submitted,

/s/

Jason David Fregeau,
Trial Attorney (565657)

47 Lincoln Road
Longmeadow, MA 01106
413/567-2461
413/567-2932 fax

Attorney for Plaintiff


## Certificate of Service

I certify that a copy of the foregoing Plaintiff's Notice of Dismissal of Defendant VW Credit, Inc., without Prejudice has been served by facsimile upon Defendants' attorneys:

for Experian, Nathan J. Zolik, 222 East 41st Street, New York, NY 10017-6702;

for VW, John M. McIntyre, 435 6th Avenue, Pittsburgh, PA 15219;

this 7th day of May, 2004.

/s/
_____
Jason David Fregeau, Esq.