UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN SECTION

THOMAS WHEELER,

    Plaintiff,

v.

EXPERIAN INFORMATION
SOLUTIONS, INC.,
V.W. CREDIT, INC.,

    Defendants.

Case No. 04-CV-30048 (MAP)

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Rule 83.5.3(b) of the Local Rules of the United States District Court for the District of Massachusetts ("Local Rules"), Experian Information Solutions, Inc. ("Experian"), by its Attorney, Robert S. White, moves this Court to admit Attorney Albert J. Rota of Jones Day, 222 East 41st Street, New York, NY 10017-6702, to appear, defend and practice in this case as co-counsel on behalf of Experian.

Attorney Rota is a member in good standing of the Bar of the States of New York and New Jersey and the United States District Courts for the Southern, Eastern, Northern and Western Districts of New York. There are no disciplinary proceedings pending against Attorney Rota in any jurisdiction. Attorney Rota is familiar with the Local Rules of this Court.

WHEREFORE, Experian respectfully requests that this Court admit Attorney Albert J. Rota to appear, defend and practice in this case as co-counsel on behalf of Experian. In support of this Motion, Experian submits the Affidavit of Albert J. Rota.

NYI-2136230v1

- 2 -

Respectfully submitted,

EXPERIAN INFORMATION SOLUTIONS, INC.
By its Attorney:

_____
Robert S. White (BBO#552229)
Bourgeois, Dresser, White & Beard
4 Dix Street
Worcester, MA 01609
Telephone: 508-798-8801
Fax: 508-754-1943

Dated: *May 27*, 2004

- 2 -

NYI-2136230v1

## CERTIFICATE OF SERVICE

Robert S. White, a lawyer admitted to the bar of this Court, certifies and declares under penalty of perjury that on May 27, 2004, he caused the foregoing motion to be served by first-class U.S. mail, properly addressed, to the following:

>Jason David Fregeau, Esq.
>47 Lincoln Road
>Longmeadow, MA 01106
>*Attorney for Plaintiff*

_____
Robert S. White

NYI-2136044v1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN SECTION

THOMAS WHEELER,

    Plaintiff,

v.

EXPERIAN INFORMATION
SOLUTIONS, INC.,
V.W. CREDIT, INC.,

    Defendants.

Case No. 04-CV-30048 (MAP)

## AFFIDAVIT OF ALBERT J. ROTA IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE*

STATE OF NEW YORK  )
                           )
COUNTY OF NEW YORK  )

Albert J. Rota, being duly sworn, states as follows:

1. I am an Associate in the law firm of Jones Day, 222 East 41st Street, New York, NY 10017-6702.

2. I am admitted to practice before the Courts listed below and I am currently a member in good standing of all these Courts: the State of New York, the State of New Jersey, and the United States District Courts for the Eastern, Southern, Northern, and Western districts of New York. A Certificate of Good Standing, dated May 26, 2004 is annexed to this Affidavit.

3. I have never been censured, suspended, disciplined or disbarred by any Court.

4. I have never been held in contempt of Court.

NYI-2136044v1

5. I do not have any disciplinary action, contempt or other proceedings involving me pending before any Court.

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

7. The basis for my admission is that, although I am not a member of the Bar of this Court, my firm is the counsel of choice for Experian Information Solutions, Inc. ("Experian"), a Defendant in the above captioned matter. Local counsel will be Robert S. White, Esquire, BOURGEOIS, DRESSER & WHITE, 4 Dix Street, Worcester, Massachusetts 01609.

_____
Albert J. Rota
JONES DAY
222 East 41st Street
New York, NY 10017-6702

Sworn and subscribed to, before me,

on May 26, 2004.

_____
Notary Public
My Commission Expires: 11/10/07

DENISE SCIABARASSI
NOTARY PUBLIC, State of New York
No. 01SC6101209
Qualified in Nassau County
Commission Expires November 10, 2007

NYI-2136044v1

# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, __J. Michael McMahon__, Clerk of this Court, certify that

__ALBERT J. ROTA__, Bar # __AR2473__

was duly admitted to practice in this Court on

__FEBRUARY 11th, 2003__, and is in good standing

as a member of the Bar of this Court.

Dated at __500 Pearl Street, New York, New York__ on __MAY 26th, 2004__

**J. MICHAEL McMAHON**
Clerk

by: _____
Deputy Clerk