IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION AT SPRINGFIELD

| | | |
|---|---|---|
| THOMAS WHEELER, | : | No. 04-30048-MAP |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| EXPERIAN INFORMATION | : | |
| SOLUTIONS, INC., | : | |
| VW CREDIT, INC, | : | |
| Defendants | : | |

Joint Statement

Pursuant to Federal Rules of Civil Procedure 16 & 26 and Local Rule 16.1, the parties submit the following statement:

### I. Proposed Agenda

1. Discussion of the facts and the law.
2. Settlement.
3. The scheduling of pre-trial and dispositive motions.

### II. Magistrate Judge

There is not unanimous consent to plenary magistrate jurisdiction.

Page 1

### III. Settlement

Plaintiff presented a written pre-litigation settlement proposal to Defendants on January 23, 2004. Defendants have not responded.

### IV. Discovery Plan

The parties agree that phased discovery might be appropriate. The parties present the following agreed schedule, subject to approval by the Court:

(1) Initial disclosures will be made by July 28, 2004.

(1) Initial written discovery to be served on or before August 2, 2004.

(2) All fact discovery, including depositions, but not including expert witness discovery, to be completed on or before February 2, 2005.

(3) Plaintiff does not anticipate calling an expert witness unless to rebut any expert called by Defendants.

(4) Defendants shall serve Plaintiff with all expert witness identification(s) and report(s) pursuant to Rule 26(a)(2) on or before March 2, 2005.

(5) Expert discovery completed by May 2, 2005.

### V. Certification

The certifications required by Local Rule 16.1(d)(3)(a) & (b) will be filed on or before the scheduling conference.

Respectfully submitted,

_____
Jason David Fregeau,
Attorney for Plaintiff


_See attached_____
Albert J. Rota
Attorney for Defendant Experian


## Certificate of Service

I certify that a copy of the foregoing Joint Statement has been served by United States Mail, postage prepaid, upon Defendant Experian's counsel, Albert J. Rota, at 222 East 41st St., New York, NY 10017-6702, this 7th day of June, 2004.

_____
Jason David Fregeau, Esq.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN SECTION

| | |
|---|---|
| THOMAS WHEELER,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION<br>SOLUTIONS, INC.,<br>V.W. CREDIT, INC.,<br><br>Defendants. | Case No. 04-CV-30048 (MAP) |

### JOINDER TO JOINT STATEMENT

Pursuant to Rule 16.1 of the Local Rules of the United States District Court for the District of Massachusetts ("Local Rules"), Experian Information Solutions, Inc. ("Experian"), by its Attorney Albert J. Rota, hereby joins in the attached Joint Statement.

Dated: New York, New York
June 7, 2004

EXPERIAN INFORMATION SOLUTIONS, INC.

*/s/ Albert J. Rota*
Albert J. Rota, Esq. *pro hac vice*
JONES DAY
222 E. 41st Street
New York, New York 10017
Tel: (212) 326-3958
Fax: (212) 755-7306

- and -

Robert S. White (BBO#552229)
Bourgeois, Dresser, White & Beard
4 Dix Street
Worcester, MA 01609
Telephone: 508-798-8801
Fax: 508-754-1943

NYI-2138253v1