UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN SECTION

THOMAS WHEELER,

    Plaintiff,

v.

EXPERIAN INFORMATION
SOLUTIONS, INC.,
V.W. CREDIT, INC.,

    Defendants.

Case No. 04-CV-30048 (MAP)

**APPEARANCE**

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Experian Information Solutions, Inc.

I certify that I am admitted to practice in this court.

June 7, 2004
Date

*[Signature]*
Signature

Albert J. Rota, Esq.
Type Name
Jones Day
222 East 41st Street
New York, NY  10017
(212) 326-3939          (212) 755-7306
Telephone Number        Fax Number
ajrota@jonesday.com
E-mail Address

NYI-2138271v1

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, first-class mail, postage prepaid, on this 7th day of June, 2004, to:

Jason David Fregeau
Attorney at Law
47 Lincoln Road
Longmeadow, MA 01106

_____
Albert J. Rota