```
          IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MASSACHUSETTS
              WESTERN DIVISION AT SPRINGFIELD
```

THOMAS WHEELER,                :        No. 04-30048-MAP
       Plaintiff     :
                               :
       v.            :
                               :
EXPERIAN INFORMATION           :
   SOLUTIONS, INC.,          :
VW CREDIT, INC,                :
       Defendants    :

## Plaintiff's Certifications

Plaintiff Thomas Wheeler certifies that he has conferred with his attorney concerning:

(a) the budget for the costs of conducting the full course and various alternative courses of this litigation, and

(b) the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

                                                */s/ Thomas Wheeler*
                                                Thomas Wheeler

Respectfully submitted,

*[signature]*

Jason David Fregeau,
Trial Attorney (0055426)

47 Lincoln Road
Longmeadow, MA 01106
413/567-2461
413/567-2932 fax

Attorney for Plaintiff

### Certificate of Service

I certify that a copy of the foregoing Plaintiff's Certifications has been served by United States Mail, postage prepaid, upon Defendant Experian's counsel, Albert J. Rota, at 222 East 41st St., New York, NY 10017-6702, this 16th day of June, 2004.

*[signature]*

Jason David Fregeau, Esq.