UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN SECTION

THOMAS WHEELER,

    Plaintiff,

v.

EXPERIAN INFORMATION
SOLUTIONS, INC.,
V.W. CREDIT, INC.,

    Defendants.

Case No. 04-CV-30048 (MAP)

## LOCAL RULE 16.1 CERTIFICATION

The undersigned certify that, pursuant to Local Rule 16.1(D)(3), the authorized representative of Experian Information Solutions, Inc. conferred with counsel with a view to establishing a budget for the costs of conducting the full course and alternative courses of this litigation, and have considered the resolution of the litigation through the use of Alternative Dispute Resolution programs such as those outlined in Local Rule 16.4.

Dated: June 15, 2004

By: _____
Abril Turner, Esq.
Experian Information Solutions, Inc.
475 Anton Blvd.
Costa Mesa, California 92626

By: _____
Albert J. Rota, *admitted pro hac vice*
Jones Day
222 E. 41st Street
New York, New York 10017

By: _____
Robert S. White (BBO#552229)
Bourgeois, Dresser, White & Beard
4 Dix Street
Worcester, MA 01609

NYI-2138812v1

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, first-class mail, postage prepaid, on this _14_ th day of _June_, 2004, to:

>Jason David Fregeau
>Attorney at Law
>47 Lincoln Road
>Longmeadow, MA 01106
>*Attorney for Plaintiff*

_____
Robert S. White

NYI-2138812v1