UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THOMAS WHEELER,            )
        Plaintiff     )
                      )
v.                         )   Civil Action No. 04-30048-MAP
                      )
                      )
EXPERIAN INFORMATION       )
SOLUTIONS, INC.,           )
        Defendant     )

## SCHEDULING ORDER
June 28, 2004

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference held this day:

1. The parties shall complete their automatic disclosures by July 28, 2004.

2. All written discovery shall be served by August 6, 2004.

3. All non-expert discovery, including depositions, shall be completed by November 19, 2004.

4. Counsel shall appear for a case management conference on November 23, 2004, at 10:00 a.m. in Courtroom Three.

IT IS SO ORDERED.

                                                /s/ Kenneth P. Neiman
                                                KENNETH P. NEIMAN
                                                U.S. Magistrate Judge