UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

FILED
CLERK'S OFFICE

[illegible date stamp] 25 A 10: 15

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| THOMAS WHEELER,<br><br>Plaintiff,<br>v.<br>EXPERIAN INFORMATION<br>SOLUTIONS, INC.,<br>V.W. CREDIT, INC.,<br><br>Defendants. | Case No. 04-CV-30048 (MAP) |

## DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION FOR LEAVE TO AMEND ITS ANSWER

Defendant Experian Information Solutions, Inc. ("Experian") moves this Court pursuant to Rule 15(a) of the Federal Rules of Civil Procedure for leave to file an amended answer.

Experian's proposed Amended Answer, which occasions this motion, is attached hereto as Exhibit A. The proposed amendment seeks to add one additional affirmative defense based on the statute of limitations. Because the applicability of this affirmative defense was recently learned by Experian and because this case is in its early stages, with no depositions taken, this amendment is appropriate under Rule 15(a).

A memorandum in support of this motion and a proposed form of Order are also submitted herewith.

- 2 -

<div style="display: flex;">

Dated: New York, New York
October 25, 2004

EXPERIAN INFORMATION SOLUTIONS, INC.

*[signature: Albert J. Rota]*

Albert J. Rota, Esq., *pro hac vice*
JONES DAY
222 E. 41st Street
New York, New York  10017
Tel:  (212) 326-3958
Fax:  (212) 755-7306

- and -

Robert S. White (BBO#552229)
Bourgeois, Dresser, White & Beard
4 Dix Street
Worcester, MA 01609
Telephone: 508-798-8801
Fax: 508-754-1943

</div>

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, first-class mail, postage prepaid, on this 25th day of October, 2004, to:

> Jason David Fregeau, Esq.
> Attorney at Law
> 47 Lincoln Road
> Longmeadow, MA  01106

*Attorney for Plaintiff*

_____
Albert J. Rota

NYI-2163858v1