

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

THOMAS WHEELER,

Plaintiff,

v.

EXPERIAN INFORMATION
SOLUTIONS, INC.,
V.W. CREDIT, INC.,

Defendants.

Case No. 04-CV-30048 (MAP)

## DECLARATION OF ALBERT J. ROTA, ESQ. IN SUPPORT OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION FOR LEAVE TO AMEND ITS ANSWER

ALBERT J. ROTA declares, pursuant to the provisions of 28 U.S.C. § 1746, as follows:

1.      I am admitted to the bar of this Court as *pro hac vice counsel* in the above-captioned lawsuit and am associated with the firm of Jones Day, 222 E. 41st Street, New York, New York, attorneys for Defendant Experian Information Solutions, Inc. ("Experian"). I am fully familiar with the facts and circumstances of this action. I submit this affidavit in support of Experian's Motion for Leave to Amend its Answer.

2.      Plaintiff Thomas Wheeler filed his Complaint in this matter on March 8, 2004, alleging that Experian violated the Fair Credit Reporting Act ("FCRA").

3.      On August 25, 2004, Experian served Plaintiff with interrogatories and document requests regarding the merits of his claims and damages he allegedly suffered.

4.      Plaintiff responded to Experian's written discovery on or about September 30, 2004.

5.      Plaintiff produced 3 letters indicating that he was either denied credit or charged an allegedly higher interest rate.

NYI-2163839v1

6.     In each of these letters, the denial of credit or the grant of credit at a higher interest rate occurred prior to March 8, 2004.

7.     To date, the parties have completed written discovery and document productions and have started to schedule depositions.

8.     Prior to receipt of Plaintiff's document production, Experian was not aware that any of Plaintiff's claims for damages occurred outside the statute of limitations period.

9.     Because leave to amend a pleading can only be granted by the Court, it is inappropriate for the parties to agree to such relief; thus, Local Rule 7.1(a) is inapplicable to this motion.

_____
Albert J. Rota

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, first-class mail, postage prepaid, on this 25th day of October, 2004, to:

Jason David Fregeau, Esq.
Attorney at Law
47 Lincoln Road
Longmeadow, MA  01106

*Attorney for Plaintiff*

Albert J. Rota