UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION



| | |
|---|---|
| THOMAS WHEELER,<br><br>           Plaintiff,<br>v.<br>EXPERIAN INFORMATION<br>SOLUTIONS, INC.,<br>V.W. CREDIT, INC.,<br><br>           Defendants. | Case No. 04-CV-30048 (MAP) |

## DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S WITHDRAWAL OF MOTION FOR LEAVE TO AMEND ITS ANSWER

Defendant Experian Information Solutions, Inc. ("Experian") hereby withdraws its motion for leave to file an amended answer pursuant to Rule 15(a) of the Federal Rules of Civil Procedure. Experian reserves the right to file this motion in the future, should settlement negotiations between the parties fail.

Dated: New York, New York
       November 4, 2004

EXPERIAN INFORMATION SOLUTIONS, INC.

_____
Albert J. Rota, Esq., *pro hac vice*
JONES DAY
222 E. 41st Street
New York, New York 10017
Tel: (212) 326-3958
Fax: (212) 755-7306

- and -

Robert S. White (BBO#552229)
Bourgeois, Dresser, White & Beard
4 Dix Street
Worcester, MA 01609
Telephone: 508-798-8801
Fax: 508-754-1943

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, first-class mail, postage prepaid, on this 4th day of November, 2004, to:

>Jason David Fregeau, Esq.
>Attorney at Law
>47 Lincoln Road
>Longmeadow, MA  01106

*Attorney for Plaintiff*

_____
Albert J. Rota

NYI-2163858v1