## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

THOMAS WHEELER,
        Plaintiff

                        CIVIL ACTION NO.  04-30048MAP

   V.

EXPERIAN INFORMATION SOLUTIONS, INC.,
        Defendant

### SETTLEMENT ORDER OF DISMISSAL

<u>PONSOR,   D..J</u>:

    The Court having been advised on <u>November 22,  2004</u> that the above-entitled action has been settled;

    IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within Sixty (60) days if settlement is not consummated.

                                                By the Court,

November 22, 2004                              /s/ Mary Finn
       Date                                               Deputy Clerk