UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN SECTION

| | |
|---|---|
| THOMAS WHEELER, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>EXPERIAN INFORMATION )<br>SOLUTIONS, INC., )<br>V.W. CREDIT, INC., )<br>Defendants. )<br>) | Case No. 04-CV-30048 (MAP) |

## STIPULATION FOR DISMISSAL

Pursuant to Rule 41(a)(1), Plaintiff and Defendant Experian Information Solutions, Inc. ("Experian") hereby agree and stipulate that the within action may be dismissed with prejudice as to Experian only, without costs or fees to any party.

Dated: Worcester, Massachusetts
       December 21, 2004

PLAINTIFF THOMAS WHEELER

/s/ Jason David Fregeau
Jason David Fregeau
47 Lincoln Road
Long Meadow, MA  01106
Tel: (413) 567-2461
Fax (413) 567-2932

EXPERIAN INFORMATION SYSTEMS, INC.

/s/ Robert S. White
Robert S. White (BBO #552229)
Bourgeois, Dresser, White & Beard
4 Dix Street
Worcester, MA  01609
Telephone: 508-798-8801
Fax:       508-754-1943

- and -

Albert J. Rota, Esq., *pro hac vice*
JONES DAY
222 E. 41st Street
New York, New York   10017
Tel.:  (212) 326-3958
Fax:  (212) 755-7306